MARIE VANDENBOSCH v. FREDERICK VANDENBOSCH.

January 29, 1974. Petition for certification denied.

RAMON LE COMPTE v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

January 29, 1974. Petition for certification granted. (See 125 *N. J. Super.* 352)

VILLAGE OF RIDGEWOOD v. SOPHIE EVANS.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JONES.

January 29, 1974. Petition for certification denied.

GEORGE H. PEARSON v. JOSEPH PACK.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JEROME SHORTER.

January 29, 1974. Petition for certification denied.